# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1)   MARVIN SPEER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-917-F |
| | ) | |
| 1)   SAMCO ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(ii), Plaintiff Marvin Speer and Defendant SAMCO Enterprises, Incorporated, by and through the undersigned counsel, jointly stipulate to the dismissal of this action and all claims, counterclaims and cross-claims for relief related to or arising out of this action, with prejudice. In connection therewith, the parties agree that each party shall bear their own attorney's fees and costs.

Dated this 22nd day of July, 2014.

| | |
|---|---|
|     s/   Christine E. Coleman |     s/   Anne E. Zachritz |
| *(Signed by filing Attorney with permission of Plaintiff Attorney)* | Anne E. Zachritz, OBA No. 15608 |
| Mark E. Hammons, OBA No. 3784 | Leif E. Swedlow, OBA No. 17710 |
| Christine E. Coleman, OBA No. 30527 | ANDREWS DAVIS |
| HAMMONS, GOWENS, HURST | A PROFESSIONAL CORPORATION |
| & ASSOCIATES | 100 N. Broadway, Suite 3300 |
| 325 Dean A. McGee Avenue | Oklahoma City, OK 73102 |
| Oklahoma City, Oklahoma 73102 | Telephone: (405) 272-9241 |
| Telephone: (405) 235-6100 | Facsimile: (405) 235-8786 |
| Facsimile: (405) 235-6111 | Email: aezachritz@andrewsdavis.com |
| Email: mark@hammonslaw.com | Email: lswedlow@andrewsdavis.com |
| Email: christine@hammonslaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |